UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
John L. Cain,

               Plaintiff,

v.

The City of New York, et al

               Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

07-cv-01224 (LAK)

### Order

The parties shall submit a joint pretrial order in accordance with the undersigned's individual practices no later than March 31, 2010.

Dated: February 25, 2010

                                                    Lewis A. Kaplan
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 2/25/10